**[J-76A-2024 and J-76B-2024]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: NOMINATION PAPERS OF CLAUDIA DE LA CRUZ AND KARINA GARCIA AS THE SOCIALISM AND LIBERATION CANDIDATES FOR PRESIDENT AND VICE PRESIDENT OF THE UNITED STATES IN THE NOVEMBER 5, 2024 GENERAL ELECTION  OBJECTION OF: ALEXANDER REBER AND JANNEKEN SMUCKER | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | No. 56 EAP 2024 <br><br> Appeal from the Commonwealth Court Order dated August 20, 2024 at No. 379 MD 2024. <br><br> SUBMITTED:  August 29, 2024 |
| APPEAL OF: CLAUDIA DE LA CRUZ AND KARINA GARCIA | : <br> : | |
| IN RE: NOMINATION PETITION OF CLAUDIA DE LA CRUZ AND KARINA GARCIA AS SOCIALISM AND LIBERATION CANDIDATES FOR PRESIDENT AND VICE PRESIDENT; XIOMARA TORRES, WALTER SMOLAREK, TIMOTHY TROUT, TALIA GILES, SARAH BRYSKI-HAMRICK, SARAH BRADHAM, NANCY MITCHELL, MAXIME DELAFOSSE-BROWN, MADELINE BURROWS, LAUREN MARCO, KAYLA TRIMBLE, KATHERINE MIERNICKI, KARLA MARTIN, JACQUELINE ALFORD, HANNAH ROSCHE, FRANCIS SCARSELLA, DOMINIC DENUZZIO, CASEY WILBANKS, AND  BIANCA PANUNTO AS SOCIALISM AND LIBERATION CANDIDATES FOR PRESIDENTIAL ELECTOR  OBJECTION OF: LAURA MORRIS SIENA AND ARTHUR STERNBERGER, III | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | No. 57 EAP 2024 <br><br> Appeal from the Commonwealth Court Order dated August 20, 2024 at No. 380 MD 2024. <br><br> SUBMITTED:  August 29, 2024 |
| APPEAL OF: CLAUDIA DE LA CRUZ, KARINA GARCIA, XIOMARA TORRES, WALTER SMOLAREK, TIMOTHY TROUT, TALIA GILES, SARAH BRYSKI-HAMRICK, | : <br> : <br> : <br> : | |

SARAH BRADHAM, NANCY MITCHELL, :
MAXIME DELAFOSSE-BROWN, :
MADELINE BURROWS, LAUREN MARCO, :
KAYLA TRIMBLE, KATHERINE :
MIERNICKI, KARLA MARTIN, :
JACQUELINE ALFORD, HANNAH :
ROSCHE, FRANCIS SCARSELLA, :
DOMINIC DENUZZIO, CASEY WILBANKS, :
AND BIANCA PANUNTO :

## ORDER

**PER CURIAM**

AND NOW, this 13th day of September, 2024, the order of the Commonwealth Court is **AFFIRMED**. The appellants' "Application to Expedite" is denied as moot.